UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME:  ANDY QUINN GOODALL

DOCKET NO:  1:16-cr-00010-JAW

PROCEEDING TYPE: Sentencing

## Court Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| | 1 | | Sealed Exhibit | 9/29/2016 | 9/29/2016 | | 9/29/2016 |
| | 2 | | Sealed Exhibit | 9/29/2016 | 9/29/2016 | | 9/29/2016 |
| | 3 | | Certificate | 9/29/2016 | 9/29/2016 | | 9/29/2016 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |